FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RICHARD VALDEZ, JR., | NO. CV 08-6509 GAF (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| JOSEPH WOODRING, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 11/17/09

GARY A. FEESS
United States District Judge